Howard LOCKRIDGE, Appellee,

v.

**BOARD OF TRUSTEES, OF the UNIVERSITY OF ARKANSAS, a Public Body Corporate; Dr. B. Allan Sugg, in his official capacity as President of the University of Arkansas; Dr. Steven Jones, Chancellor, Phillips Community College of the University of Arkansas, Appellants,**

**State of Missouri; State of South Dakota, Amicus on Behalf of Appellant.**

**No. 01–1472.**

United States Court of Appeals, Eighth Circuit.

Sept. 4, 2002.

The case is hereby set for oral argument in St. Paul, Minnesota, on Wednesday, October 9, 2002, commencing at 1:30 p.m. Each side will be allotted twenty (20) minutes for argument.

Counsel for the parties shall immediately submit twenty-one (21) additional copies of the appeal briefs previously filed in the case. (5369–010199)